## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRAVIS WALLIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STAN FLORENCE, in his official capacity, )<br>and OKLAHOMA STATE BUREAU OF )<br>INVESTIGATIONS, )<br>)<br>Defendants. ) | Case No. CIV-18-865-HE-M |

## ORDER

In this action, plaintiff, a pro se state inmate, filed a Complaint against defendants under 42 U.S.C. § 1983. On September 10, 2018, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation recommending that plaintiff's Complaint be dismissed without prejudice. The parties were advised of their right to object to the Report and Recommendation by October 1, 2018.

None of the parties objected to the Report and Recommendation. Therefore, the parties have waived their rights to appellate review of the factual and legal issues it addressed. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #6] and **DISMISSES** plaintiff's Complaint [Doc. #1] without prejudice.

**IT IS SO ORDERED.**

Dated this 30th day of November, 2018.

Joe Heaton
**Chief U.S. District Judge**